# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2023-2042

**Short Case Caption:** Janssen Pharmaceuticals, Inc. v. Mylan Laboratories Ltd.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Mylan Laboratories Ltd.

| **Principal Counsel:** Deepro R. Mukerjee | Admission Date: 2012 |
|---|---|

Firm/Agency/Org.: Katten Muchin Rosenman LLP

Address: 50 Rockefeller Plaza, New York, New York 10020-1605

| Phone: 212-940-8552 | Email: deepro.mukerjee@katten.com |
|---|---|

| **Other Counsel:** Lance A. Soderstrom | Admission Date: 2016 |
|---|---|

Firm/Agency/Org.: Katten Muchin Rosenman LLP

Address: 50 Rockefeller Plaza, New York, New York 10020-1605

| Phone: 212-940-6330 | Email: lance.soderstrom@katten.com |
|---|---|

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/5/23                    Signature: /s/ Deepro R. Mukerjee

                                Name: Deepro R. Mukerjee

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| **Other Counsel:** Jitendra Malik | Admission Date: 2012 |
|---|---|
| Firm/Agency/Org.: Katten Muchin Rosenman LLP ||
| Address: 550 S. Tryon Street, Suite 2900, Charlotte, NC 28202-4213 ||
| Phone: 704-344-3185 | Email: jitty.malik@katten.com |
| **Other Counsel:** Eric Werlinger | Admission Date: 2014 |
| Firm/Agency/Org.: Katten Muchin Rosenman LLP ||
| Address: 1919 Pennsylvania Ave NW Suite 800, Washington, DC 20006-3404 ||
| Phone: 202-625-3553 | Email: eric.werlinger@katten.com |
| **Other Counsel:** Jillian Schurr | Admission Date: 2021 |
| Firm/Agency/Org.: Katten Muchin Rosenman LLP ||
| Address: 525 West Monroe Street, Chicago, IL 60661 ||
| Phone: 312-902-5468 | Email: jillian.schurr@katten.com |
| **Other Counsel:** Timothy Gray | Admission Date: 2022 |
| Firm/Agency/Org.: Katten Muchin Rosenman LLP ||
| Address: 1919 Pennsylvania Ave NW Suite 800, Washington, DC 20006-3404 ||
| Phone: 202-625-3608 | Email: timothy.gray@katten.com |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: ||
| Address: ||
| Phone: | Email: |